## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

The Hebrew University of Jerusalem

                                        Plaintiff,

v.                                                      Case No.:
                                                        1:21−cv−05492
                                                        Honorable Manish S.
                                                        Shah

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 18, 2021:

        MINUTE entry before the Honorable Manish S. Shah: Plaintiff's motion to file documents under seal and proceed under a pseudonym [5] is granted in part, denied in part. This court is not persuaded that plaintiff should hide its identity. This plaintiff has filed many cases in this district, so it is no secret that it files suits to protect its intellectual property. There is good reason to keep the list of defendants under seal so that those specific defendants don't evade plaintiff&#0;39;s efforts, but the public interest in knowing who is using the courts outweighs plaintiff's concern about counterfeiters generally, especially in this case where the plaintiff is a well−known litigant to the network of alleged counterfeiters. See [6−2] at 35−36, 58−59, 66−67. Many other plaintiffs file this type of case without concealing their identity before a TRO can issue, and those plaintiffs do not request anonymity. The clerk shall unseal the complaint [7] and exhibits [7−1] and [7−2]. But [7−3], Schedule A, must remain under seal until the court rules on the anticipated motion for a TRO. The clerk shall correct the caption to read The Hebrew University of Jerusalem as the plaintiff in this case. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.