## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

The Hebrew University of Jerusalem

                Plaintiff,

v.

                                            Case No.:
1:21−cv−05492

                                            Honorable Manish S.
Shah

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 3, 2022:

      MINUTE entry before the Honorable Manish S. Shah: Plaintiff's motion for an extension of time [55] is granted. The court agrees that the harm from plaintiff's counsel's approach to moving to strike a motion to dismiss without responding to the merits should not fall onto the client under the circumstances; and defendant suffers no prejudice from a short delay in the merits briefing. Plaintiff's response to the motion to dismiss is due 3/8/22 and defendant's reply is due 3/22/22. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.