UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE HEBREW UNIVERSITY OF JERUSALEM,<br><br>PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>DEFENDANTS. | CASE NO.: 1:21-CV-05492<br><br>JUDGE MANISH S. SHAH<br><br>MAGISTRATE JUDGE YOUNG B. KIM |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.17 of this Court, the undersigned requests the Court's permission for leave to withdraw her appearance on behalf of Plaintiff, The Hebrew University of Jerusalem ("HUJ") in the above-captioned action. In support therefore, she states as follows:

1. Plaintiff, HUJ, is currently represented in this matter by attorneys from the law firm of AM Sullivan Law, LLC.

2. The undersigned will no longer be employed by AM Sullivan Law, LLC, and will have no further involvement in this matter.

WHEREFORE, the undersigned respectfully requests that this Court grant her leave to withdraw her appearance on behalf of Plaintiff, HUJ.

Dated: April 18, 2022	Respectfully submitted,

*/s/ Sofia Quezada*
Ann Marie Sullivan
Alison Carter
Sofia Quezada
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
E-mail: attorney@amsullivanlaw.com

**ATTORNEYS FOR PLAINTIFF**