# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

The Hebrew University of Jerusalem

                Plaintiff,

v.

Case No.: 1:21−cv−05492

Honorable Manish S. Shah

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 9, 2022:

      MINUTE entry before the Honorable Manish S. Shah: No defendants at issue in the motion have appeared to object to the motion for entry of default judgment. The motion [47] is granted. Based on the evidence submitted in support of the temporary restraining order and the admission of liability by virtue of the default, plaintiffs have established that a permanent injunction should be entered. The infringement of plaintiff's intellectual property irreparably harms plaintiff and confuses the public. The infringement was willful and statutory damages are awarded. But after considering the nature of the products, the price point, the absence of any concrete evidence of lost profits or high−volume infringement by defendants, the value of the plaintiff's brands, the need to deter infringement that is easily committed and difficult to stop, and the permissible fair non−trademarked uses of the name Albert Einstein, the court concludes that $10,000 (total, for both theories) is an appropriate award of statutory damages. Enter Default Judgment Order. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.