UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE HEBREW UNIVERSITY OF JERUSALEM, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 21-CV-05492 |
| v. | ) ) | Judge Manish S. Shah |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | ) ) ) ) | Magistrate Judge Young B. Kim |
| Defendants. | | |

## JOINT STATUS REPORT

1) DealzEpic intends to pursue its counterclaims.

2) The parties held a Rule 26(f) conference on August 15, 2022.

3) The parties propose the following discovery schedule:

   a. Rule 26(a)(1) initial disclosures by August 29, 2022.

   b. Any documents identified in the initial disclosures to be produced by September 8, 2022.

   c. Written discovery requests shall be served by October 14, 2022.

   d. Written discovery to conclude by December 16, 2022.

   e. Oral discovery for fact witnesses to conclude by February 3, 2023.

   f. Motions to amend the pleadings or add new parties shall be filed by February 17, 2023.

   g. Dispositive Motions shall be filed by March 3, 2023.

    h.  Plaintiff does not anticipate any expert discovery being necessary. Rule 26(a)(2) Disclosure by April 15, 2023.

    i.  Plaintiff does not anticipate any expert discovery being necessary. Expert(s) shall be deposed by May 15, 2023.

Dated: August 15, 2022

                                                      dealzEpic

                                                      By:/s/ Wesley Johnson
                                                          One of its attorneys

Wesley Johnson
Goodman Tovrov Hardy & Johnson LLC
105 W. Madison, Suite 1500
Chicago, IL 60602
(312) 752-4828
Fax: (312) 264-2535
wjohnson@goodtov.com

## **CERTIFICATE OF SERVICE**

 The undersigned, an attorney, certifies that on August 15, 2022, I served a copy of the attached **JOINT STATUS REPORT**, on all parties who have appeared via ECF.

                By:/s/ Wesley Johnson